**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **KIRSTEN HARRIS, INDIVIDUALLY AND AS NEXT FRIEND OF L.M., A MINOR;** | § § § § | |
| **Plaintiff,** | § § | |
| **VS.** | § § § | **CIVIL ACTION NO. 4.25-CV01406-SDJ** |
| **LONNIE DEAN; CRST SPECIALIZED TRANSPORTATION, INC.; AND CRST EXPEDITED, INC.;** | § § § § | |
| **Defendants.** | § § | |

## PLAINTIFF'S NOTICE OF SERVICE

COME NOW, Plaintiff Kirsten Harris, Individually and as Next Friend of L.M., a Minor, in accordance with the Local Rule CV-26(c), and as required under Fed. R. Civ. P. 26(a)(1) and (a)(2), and hereby files her notice of service of Plaintiff's First Supplemental Rule 26 Initial Disclosures and Plaintiff's Expert Witness Disclosures, which have been served to Defendants CRST Specialized Transportation, Inc., and CRST Expedited Inc. via e-mail on May 27, 2026, in the above referenced case.

**PLAINTIFF'S NOTICE OF SERVICE – Page 1**

Respectfully submitted,

BY: */s/ James Sung*
**JAMES SUNG**
State Bar No. 24097161
james.sung@witheritelaw.com

**WITHERITE LAW GROUP, PLLC**
10440 N. Central Expressway
Suite 400
Dallas, TX 75231
(214) 378-6665
(214) 378-6670(fax)

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been

forwarded to all counsel of record on this 27th day of May, 2026, pursuant to the

Federal Rules of Civil Procedure.

*/s/ James Sung*
**JAMES SUNG**

Mike H. Bassett
Chartwell Law
3838 Oak Lawn, Suite 1300
Dallas, TX 75219

**PLAINTIFF'S NOTICE OF SERVICE – Page 2**